In the Matter of FREDERICK E. BANNER, an attorney at law.

For the order: *Mr. Heston N. Potts.*

October 9, 1961. Name of respondent stricken from roll of attorneys at law. Opinion reported at 35 *N. J.* 362.

In the Matter of HAROLD J. FORGANG, an attorney at law.

For the order: *Mr. Frederick C. Vonhof.*

November 8, 1961. Name of respondent stricken from roll of attorneys at law.